**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

MORGAN STANLEY REAL ESTATE U.S.,

                Plaintiff,

v.

THE LUBRIZOL CORPORATION, an Ohio
corporation; and SIMPLEXGRINNELL LP, a
Delaware limited liability partnership,

                Defendants.
_____/

CASE NO. 09-CV-60106
Judge:  Alan S. Gold
Magistrate:  Chris Marie McAliley

**DEFENDANT SIMPLEXGRINNELL LP'S**
**ANSWER TO COMPLAINT**

Defendant SimplexGrinnell LP ("SimplexGrinnell"), by and through undersigned counsel, and files its Answer to Plaintiff's Complaint for Damages ("Complaint"), as follows:

1.      SimplexGrinnell is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint and, therefore, denies same and demands strict proof thereof.

2.      SimplexGrinnell states that it is a Delaware limited liability partnership authorized to do business in the State of Florida.  SimplexGrinnell is without knowledge and information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2 of the Complaint and, therefore, denies same and demands strict proof thereof.

3.      SimplexGrinnell is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of the Complaint and, therefore, denies same and demands strict proof thereof.

4.      SimplexGrinnell states generally that it is in the business of installing fire-sprinkler system components designed and manufactured by other companies.  SimplexGrinnell

is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of the Complaint and, therefore, denies same and demands strict proof thereof.

5.      SimplexGrinnell states generally that it is in the business of installing fire-sprinkler system components designed and manufactured by other companies.  SimplexGrinnell is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of the Complaint and, therefore, denies same and demands strict proof thereof.

6.      SimplexGrinnell states generally that it is in the business of installing fire-sprinkler system components designed and manufactured by other companies.  SimplexGrinnell is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of the Complaint and, therefore, denies same and demands strict proof thereof.

7.      SimplexGrinnell denies that it caused or contributed to Plaintiff's alleged damages.  SimplexGrinnell is without knowledge and information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 7 of the Complaint and, therefore, denies same and demands strict proof thereof.

**COUNT I**
**STRICT PRODUCTS LIABILITY**
**AGAINST DEFENDANTS LUBRIZOL AND SIMPLEXGRINNELL**

SimplexGrinnell restates and incorporates by reference its answers set forth above in Paragraphs 1 through 7 as though fully set forth herein.

8.      SimplexGrinnell denies that it caused or contributed to Plaintiff's alleged damages.  SimplexGrinnell is without knowledge sufficient to admit or deny the remaining

LAW OFFICES
SHOOK, HARDY & BACON
MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131-4332 • TELEPHONE (305) 358-5171
599326v1

allegations contained in Paragraph 8 of the Complaint and, therefore, denies same and demands strict proof thereof.

9.       SimplexGrinnell denies that it caused or contributed to Plaintiff's alleged damages.   SimplexGrinnell is without knowledge sufficient to admit or deny the remaining allegations contained in Paragraph 9 of the Complaint and, therefore, denies same and demands strict proof thereof.

10.      SimplexGrinnell denies that it caused or contributed to Plaintiff's alleged damages.   SimplexGrinnell is without knowledge sufficient to admit or deny the remaining allegations contained in Paragraph 10 of the Complaint and, therefore, denies same and demands strict proof thereof.

11.      SimplexGrinnell is without knowledge sufficient to admit or deny the allegations contained in Paragraph 11 of the Complaint and, therefore, denies same and demands strict proof thereof.

12.      SimplexGrinnell denies the allegations contained in Paragraph 12 of the Complaint to the extent that they pertain to SimplexGrinnell.   SimplexGrinnell is without knowledge sufficient to admit or deny the remaining allegations contained in Paragraph 12 of the Complaint and, therefore, denies same and demands strict proof thereof.

13.      SimplexGrinnell denies that it caused or contributed to Plaintiff's alleged damages.   SimplexGrinnell is without knowledge sufficient to admit or deny the remaining allegations contained in Paragraph 13 of the Complaint and, therefore, denies same and demands strict proof thereof.

Further answering, SimplexGrinnell denies that Plaintiff is entitled to any relief sought in its "WHEREFORE" clause following Paragraph 13 of the Complaint.

LAW OFFICES
SHOOK, HARDY & BACON
MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131-4332 • TELEPHONE (305) 358-5171
599326v1

**COUNT II**
**NEGLIGENCE**
**AGAINST DEFENDANTS LUBRIZOL AND SIMPLEXGRINNELL**

SimplexGrinnell restates and incorporates by reference its answers set forth above in Paragraphs 1 through 7 as though fully set forth herein.

14.    Paragraph 14 of the Complaint states a legal conclusion to which no answer is required.  To the extent an answer is required, SimplexGrinnell denies the allegations in Paragraph 14 of the Complaint, including its subparts, to the extent that they pertain to SimplexGrinnell.  SimplexGrinnell is without knowledge sufficient to admit or deny the remaining allegations contained in Paragraph 14 of the Complaint and, therefore, denies same and demands strict proof thereof.

15.    SimplexGrinnell denies the allegations contained in Paragraph 15 of the Complaint, including its subparts, to the extent that they pertain to SimplexGrinnell. SimplexGrinnell is without knowledge sufficient to admit or deny the remaining allegations contained in Paragraph 15 of the Complaint and, therefore, denies same and demands strict proof thereof.

16.    SimplexGrinnell denies the allegations contained in Paragraph 16 of the Complaint to the extent that they pertain to SimplexGrinnell.  SimplexGrinnell is without knowledge sufficient to admit or deny the remaining allegations contained in Paragraph 16 of the Complaint and, therefore, denies same and demands strict proof thereof.

17.    SimplexGrinnell denies the allegations contained in Paragraph 17 of the Complaint to the extent that they pertain to SimplexGrinnell.  SimplexGrinnell is without knowledge sufficient to admit or deny the remaining allegations contained in Paragraph 17 of the Complaint and, therefore, denies same and demands strict proof thereof.

LAW OFFICES
SHOOK, HARDY & BACON
MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131-4332 • TELEPHONE (305) 358-5171

599326v1

18.     SimplexGrinnell is without knowledge sufficient to admit or deny the allegations contained in Paragraph 18 of the Complaint and, therefore, denies same and demands strict proof thereof.

19.     SimplexGrinnell denies the allegations contained in Paragraph 19 of the Complaint to the extent that they pertain to SimplexGrinnell.  SimplexGrinnell is without knowledge sufficient to admit or deny the remaining allegations contained in Paragraph 19 of the Complaint and, therefore, denies same and demands strict proof thereof.

20.     SimplexGrinnell denies that it caused or contributed to Plaintiff's alleged damages.  SimplexGrinnell is without knowledge sufficient to admit or deny the remaining allegations contained in Paragraph 20 of the Complaint and, therefore, denies same and demands strict proof thereof.

Further answering, SimplexGrinnell denies that Plaintiff is entitled to any relief sought in its "WHEREFORE" clause following Paragraph 20 of the Complaint.

**COUNT III**
**NEGLIGENCE**
**AGAINST DEFENDANT SIMPLEXGRINNELL**

SimplexGrinnell restates and incorporates by reference its answers set forth above in Paragraphs 1 through 7 as though fully set forth herein.

21.     Paragraph 21 of the Complaint states a legal conclusion to which no answer is required.  To the extent an answer is required, SimplexGrinnell denies the allegations in Paragraph 21 of the Complaint, including its subparts, and demands strict proof thereof.

22.     SimplexGrinnell denies the allegations in Paragraph 22 of the Complaint, including its subparts, and demands strict proof thereof.

LAW OFFICES
SHOOK, HARDY & BACON
MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131-4332 • TELEPHONE (305) 358-5171
599326v1

23.     SimplexGrinnell denies the allegations contained in Paragraph 23 of the Complaint and, therefore, and demands strict proof thereof.

Further answering, SimplexGrinnell denies that Plaintiff is entitled to any relief sought in its "WHEREFORE" clause following Paragraph 23 of the Complaint.

**AFFIRMATIVE DEFENSES**

1.     Plaintiff's Complaint, and each cause of action, fails to state a claim upon which relief can be granted.

2.     Plaintiff's claims are barred by the applicable statutes of limitation and/or repose.

3.     Plaintiff's claims are barred by the limited-liability, waiver-of-subrogation, and limited-warranty provisions in the applicable contracts.

4.     Plaintiff failed to mitigate its damages, if any.

5.     If Plaintiff was damaged, either as alleged in the Complaint or at all, such damage was directly and proximately caused by Plaintiff's own negligence, and Plaintiff's recovery, if any, should be reduced in proportion to its comparative fault.

6.     If Plaintiff was damaged, either as alleged in the Complaint or at all, such damage was directly and proximately caused by the comparative fault of others, whether or not parties to this action, and Plaintiff's recovery against SimplexGrinnell, if any, should be reduced in proportion to the comparative fault of those parties.

7.     Plaintiff, by its own acts or conduct, is estopped from asserting any claims for damages or seeking any other relief whatsoever against SimplexGrinnell.

8.     Plaintiff, by its own acts or conduct, has waived and/or released all claims, if any, against SimplexGrinnell.

LAW OFFICES
SHOOK, HARDY & BACON
MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131-4332 • TELEPHONE (305) 358-5171
599326v1

9.     The negligence of Plaintiff was a superseding, intervening cause of Plaintiff's damages, if any.

10.     SimplexGrinnell is entitled to a set-off, should any damages be awarded against it, in the amount of damages or settlement amounts recovered by Plaintiff with respect to the alleged damages and/or injuries.  SimplexGrinnell is also entitled to have any damages that may be awarded to Plaintiff reduced by the value of any benefit or payment to Plaintiff from any collateral source.

11.     SimplexGrinnell gives notice that it intends to plead and rely upon any and all other defenses that become available or apparent during the discovery proceedings in this case and specifically reserves the right to amend this Answer to assert any such defense.

## DEMAND FOR JURY TRIAL

SimplexGrinnell requests that this matter by tried by jury.

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.
Miami Center, Suite 2400
201 South Biscayne Boulevard
Miami, FL  33131-4332
Telephone:  305-358-5171
Facsimile:  305-358-7470
skozolchyk@shb.com

By:_____ s/Salo Kozolchyk
SALO KOZOLCHYK
Florida Bar No. 0017364

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26th day of January, 2009, the foregoing was presented to the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following counsel of record:

599326v1

CASE NO. 09-CV-60106

| | |
|---|---|
| Scott F. Cohen<br>CONROY, SIMBERG, GANON, KREVANS,<br>ABEL, LURVEY, MORROW & SCHEFER,<br>P.A.<br>3440 Hollywood Boulevard.<br>Second Floor<br>Hollywood, FL  33021<br>Telephone:  954-961-1400<br>Facsimile:  954-967-8577<br>scohen@conroysimberg.com<br><br>***ATTORNEYS FOR PLAINTIFF*** | Eric C. Roberson<br>McGUIREWOODS LLP<br>Bank of America Tower, Suite 3300<br>50 North Laura Street,<br>Jacksonville, FL  32202-3661<br>Telephone:  904.798.2614<br>Facsimile:  904.360.6351<br>eroberson@mcguirewoods.com<br><br>James C. Earle<br>McGUIREWOODS LLP<br>1800 Century Park East<br>Eighth Floor<br>Los Angeles, CA  90067<br>Telephone:  310.315.8286<br>Facsimile:  310.956.3186<br>jearle@mcguirewoods.com<br><br>***ATTORNEYS FOR DEFENDANT***<br>***THE LUBRIZOL CORPORATION*** |

          s/Salo Kozolchyk
Salo Kozolchyk

LAW OFFICES
SHOOK, HARDY & BACON
MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131-4332 • TELEPHONE (305) 358-5171
599326v1